UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| SUZANN MUDAHY-NICHOLSON, § § | |
| Plaintiff, § § | Case No.: 1:22cv20019 |
| v. § § | |
| CITY OF MIAMI, § § | |
| Defendant. § | |

**CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

The Defendant, CITY OF MIAMI, by and through the undersigned attorney and pursuant to this Court's Order Setting Civil Trial Date, hereby files it Certificate of Interest Parties and Corporate Disclosure Statement:

Interested Parties:

1. Shawn M. Fernandez, Plaintiff
2. Hernandez Legal Group, counsel for the Plaintiff
3. Rafael Viego, III, counsel for Plaintiff
4. City of Miami, Defendant

Corporate Disclosure:

The City of Miami is governmental entity with no corporate holdings.

Respectfully Submitted,

VICTORIA MÉNDEZ, CITY Attorney
KEVIN JONES, Division Chief, Labor & Employment
ADANNA FERGUSON, Assistant CITY Attorney
Attorneys for **CITY OF MIAMI**
444 S.W. 2nd Avenue, Suite 945

        Miami, Florida 33130-1910
        Tel.: (305) 416-1800
        Fax: (305) 416-1801
        Primary Email: aferguson@miamigov.com
        Secondary Email: tmickens@miamigov.com


        By: /s/*Adanna N. Ferguson*
        Adanna N. Ferguson, Assistant CITY Attorney
        Florida Bar No.: 92372


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to those individuals on the attached Service List by e-mail generated by the CM/ECF E-Filing Portal this 8th day of June 8, 2022.


        By: /s/*Adanna N. Ferguson*
        Adanna N. Ferguson, Assistant CITY Attorney
        Florida Bar No.: 92372


**Service List**

**COANE AND ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
1250 E. Hallandale Beach Blvd.
Suite 303
Hallandale Beach, FL 33009
Phone: (305) 538-6800
Fax:    (713) 850-8528
Email: arthur.mandel@coane.com
bruce.coane@gmail.com
docket@coane.com
jeffrey.fedna@coane.com