UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**SUZANN MUDAHY-NICHOLSON**,                    CASE NO: 1:22cv20019

    **Plaintiff,**

v.

**CITY OF MIAMI,**

    **Defendant.**

_____/

**NOTICE OF STRIKING**

   Plaintiff files this notice of striking Jurgen Negron's previous Notice of Appearance filed on June 8, 2022. [Dkt. 20]. This notice is filed in accordance with clerks notice filed on June 9, 2022. Jurgen Negron will file a Notice of Appearance in accordance with Section 3J(1) of CM/ECF Admin Procedures and Local Rule 5.1(b).

                                                   Respectfully submitted,

                                                   */s/ Jurgen G. Negron*
                                                   Jurgen G. Negron

                                                   COANE AND ASSOCIATES, PLLC
                                                   Jurgen G. Negron
                                                   Florida Bar No. 123892
                                                   Email: jurgen.negron@coane.com
                                                   Arthur Mandel
                                                   Florida Bar No. 22753
                                                  Email: Arthur.Mandel@Coane.com
                                                  Coane and Associates, PLLC
                                                  1250 E. Hallandale Beach Blvd, Suite 303
                                                  Hallandale Beach, Florida 33009
                                                  305.538.6800 (Telephone)
                                                  713.850.8528 (Facsimile)