## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

SUZANN MUDAHY-NICHOLSON,                    CASE NO: 1:22cv20019

     **Plaintiff,**

**v.**

**CITY OF MIAMI,**

     **Defendant.**

_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

     TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned respectfully request that the Court permit the withdrawal of Jeffrey Fedna (no longer working at Coane and Associates), Maggie Tsavaris, Jurgen Negron, and Arthur Mandel of the law firm of Coane and Associates as attorneys of record for Plaintiff in the above-captioned matter pursuant to Local Rule 11.1(d)(3). All attorneys are employed by Coane and Associates, PLLC, except for Fedna who left the firm a couple of months ago. Plaintiff's counsel have conferred with Defendant's counsel, and Defendant is unopposed

The Plaintiff has not complied with the terms of her contract, and this, combined with the further investigation of the case create conflicts of interest that make it impossible for the undersigned to continue to represent Plaintiff. There is a huge administrative record (so there is no need for vast discovery, but in any case, there is plenty of time remaining for discovery). There is also plenty of time for Plaintiff to find new counsel. There will be no harm to either party if the undersigned are allowed to withdraw. Plaintiff will proceed pro se, for now, and her mailing address and contact information are:

               1075 NW 148th St
               North Miami, FL 33168
               Email: smen162531@yahoo.com
               Phone: 786-241-3393

Further, the undersigned respectfully requests that the Clerk terminate CM/ECF notices to all the attorneys listed in this action for the Plaintiff.

Respectfully submitted,
*/s/ Arthur Mandel*
Arthur Mandel
Florida Bar No. 22753
Coane and Associates, PLLC
1250 Hallandale Beach Blvd Suite
303, Hallandale Beach, FL 33009
Telephone: (305) 538-6800
Email: Arthur.mandel@coane.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the 24th day of July, 2022, Plaintiff's counsel, via email, contacted Defendant's counsel regarding this motion. Defendant, through counsel via email on the 25th day of July, 2022, confirmed that they are unopposed to the motion at hand.

*/s/ Arthur Mandel*
Arthur Mandel

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2022, a true and correct copy of the foregoing document was served via the Court's ECF System on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Arthur Mandel*
Arthur Mandel